Laura Marquez-Garrett, SBN 221542
laura@socialmediavictims.org
Sydney Lottes, SBN 345387
sydney@socialmediavictims.org
SOCIAL MEDIA VICTIMS LAW CENTER
520 Pike Street, Suite 1125
Seattle, WA 98101
Telephone: (206) 741-4862

Attorneys for Plaintiffs

[*Additional counsel appear on signature page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDITICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Kathryn Guillot, Individually and on behalf of the Estate of Kennedy Loftin | Case No.:4:22-MD-03047-YGR<br>MDL No. 3047<br><br>SUPPORTING ALLEGATIONS RE: DEFENDANT META'S OCULUS PRODUCT AND DEFENDANTS ROBLOX AND DISCORD |

**A.      Additional Defendants**

1.      Defendant Roblox Corporation ("Roblox") is a Delaware corporation. Its principal place of business is in San Mateo, CA.

2.      Roblox owns, operates, controls, produces, designs, maintains, manages, develops, tests, labels, markets, advertises, promotes, supplies, and distributes the app Roblox. Roblox is widely available to consumers throughout the United States.

3.      Defendant Discord Inc. ("Discord") is a Delaware corporation. Its principal place of business is in San Francisco, CA.

4. Discord owns, operates, controls, produces, designs, maintains, manages, develops, tests, labels, markets, advertises, promotes, supplies, and distributes the app Discord. Discord is widely available to consumers throughout the United States.

**B.     Additional Allegations Relating to Roblox and its Roblox Product**

5. Roblox owns, promotes, distributes and operates Roblox.  Roblox was launched in 2006 and is a product described by Roblox as "a human co-experience platform."

6. The Roblox product includes features that allow users to "interact with each other to explore and develop immersive, user generated, 3D experiences", including "experiences" that take the form of games created by users (anything from a simulation of running a virtual restaurant to adopting a pet).

7. The Roblox product is marketed to and designed to appeal to children, primarily children under the age of 13. For example, the overall look and feel of Roblox—described as "roughly hewn, blocky aesthetics and ugly text"—is "off-putting to adults." [1] But the style of Roblox and its "game" features are appealing to young children. Indeed, "children loved the fact Roblox offered access to an endless stream of new and free experiences—a kind of YouTube for video games."[2]

8. Roblox is one of the most popular online products among American teens and children. "A December 2017 study by Comscore reported that kids between the ages of 5 and 9 spend more time using the Roblox product than doing anything else online on PCs.  For those between the ages of 9 and 18, only YouTube consumes more of their online attention.[3] As of 2020, about 75% of American children ages 9 through 12" regularly uses Roblox, according to the

---

[1] Simon Parkin, *The trouble with Roblox, the video game empire built on child labour*, The Guardian, Jan. 9, 2022, available at https://www.theguardian.com/games/2022/jan/09/the-trouble-with-roblox-the-video-game-empire-built-on-child-labour ("Roblox was built as a playful method of teaching children the rudiments of game-making").

[2] Simon Parkin, *The trouble with Roblox, the video game empire built on child labour*, The Guardian, Jan. 9, 2022, available at https://www.theguardian.com/games/2022/jan/09/the-trouble-with-roblox-the-video-game-empire-built-on-child-labour ("Roblox was built as a playful method of teaching children the rudiments of game-making").

[3] *See, e.g.*, Burt Helm, *Sex, lies, and video games: Inside Roblox's war on porn*, Fast Company, Aug. 19, 2020, available at https://www.fastcompany.com/90539906/sex-lies-and-video-games-inside-roblox-war-on-porn; https://www.businessofapps.com/data/roblox-statistics/ ("Roblox highest demographic is children under 13 and it was the most popular entertainment app for that age group").

company.[4] During the pandemic, kids' use of Roblox escalated. Indeed, by July 2020, users spent 3 billion hours on Roblox, twice as much time as in February 2020."[5]

9. Roblox also marketed its product as educational and encouraged integration of its product into several kid-focused organizations and activities. For example, "Schools, camps, Girl Scout troops and many other organizations use Roblox to teach kids coding. And it has become a quasi-social-network for children."[6]

10. Roblox generates the bulk of its revenue by selling its users in-game currency, called "Robux," which users can then spend on virtual items for their avatars.[7] Roblox reports that only a small portion of users purchase Robux. On information and belief, a substantial number of such users are adults, some of whom use Robux to entice and exploit child users.

11. Because Robux sales are key to the product's revenue, Roblox is disincentivized to alter the product design and operation to prevent dangerous, exploitative and injurious adult-child interactions using the Roblox product. Indeed, Roblox reported in its recent Form 10-Q that it relies on developers to develop product offerings that encourage use of the Robux feature.[8]

12. Kennedy Loftin was under 13 when she began using the Roblox product and Plaintiff Katheryn Guillot (like millions of other parents) was led by Roblox to understand that Roblox was a children's product that was safe and appropriate for children under 13, like Kennedy, to use.

13. For example, Roblox represents that it uses advanced technologies to, "identify problematic language, potential bypasses to our chat filters, and content that falls outside our policies" and "review and monitor communications that flow through Roblox to block and protect

---

[4] Shannon Liao, *How Roblox became the 'it' game for tweens—and a massive business*, CNN Business, Oct. 29, 2020, https://www.cnn.com/2020/10/27/tech/roblox-explainer/index.html
[5] Shannon Liao, *How Roblox became the 'it' game for tweens—and a massive business*, CNN Business, Oct. 29, 2020, https://www.cnn.com/2020/10/27/tech/roblox-explainer/index.html
[6] *Id.*
[7] *See* Roblox Corporation, Form 10-Q, March 31, 2022, *available at* https://d18rn0p25nwr6d.cloudfront.net/CIK-0001315098/ea0f0408-7ea4-48f8-a127-fef1fdb69aa3.pdf, at 59.
[8] *See* Roblox Corporation, Form 10-Q, March 31, 2022, *available at* https://d18rn0p25nwr6d.cloudfront.net/CIK-0001315098/ea0f0408-7ea4-48f8-a127-fef1fdb69aa3.pdf, at 15.

users from inappropriate behavior, such as questions about personal information and instructions on how to connect on less protective third-party chat applications."[9]

14. Roblox also represents that the "The algorithms in our chat filters are age-sensitive: they monitor both what users can say and see based on their ages."[10]

15. Roblox CEO and Co-Founder, David Baszucki has made public assurances that safety allegedly lies at the core of everything the company has built. It was, he said, "what everything rests on."[11]

16. Baszucki also has touted Roblox's "stringent safety system," calling it "one of the most rigorous of any platform, going well beyond regulatory requirements.[12]

17. Notably, however, Roblox's director of community safety and digital civility is reported as having stated that "You can't retrofit safety," indicating that Roblox was aware of the dangers of its product and the harm it already had caused.[13]

18. Roblox also touts the fact that it employs hundreds of "moderators" globally to actively review and address harmful and/or inappropriate content, for the specific purpose of keeping its underage users safe. For example, in 2020, Roblox reported that it has "a team of 1,600 moderators who monitor the platform for inappropriate content and conduct safety reviews of all images, audio and video files using humans and machine scanning."[14] Likewise, in November 2021, Roblox CEO and Co-Founder, David Baszucki, represented that Roblox employs more than 2,000 moderators around the world.[15]

---

[9] *See* Roblox Corporation, Form 10-K, for the fiscal year ended December 31, 2022, *available at* https://www.sec.gov/Archives/edgar/data/1315098/000131509823000035/rblx-20221231.htm, at 59.
[10] Roblox Corporation 2021 Annual Report and 2022 Proxy Statement, May 26, 2022, *available at* https://s27.q4cdn.com/984876518/files/doc_financials/2021/ar/Roblox_Proxy-and-Annual-Report_Web-Ready_Bookmarked-(1).pdf , at 16 (pdf page 83).
[11] Simon Parkin, *The trouble with Roblox, the video game empire built on child labour*, The Guardian, Jan. 9, 2022, *available at* https://www.theguardian.com/games/2022/jan/09/the-trouble-with-roblox-the-video-game-empire-built-on-child-labour
[12] *Id.*
[13] *Id.*
[14] Shannon Liao, *How Roblox became the 'it' game for tweens—and a massive business*, CNN Business, Oct. 29, 2020, https://www.cnn.com/2020/10/27/tech/roblox-explainer/index.html.
[15] Simon Parkin, *The trouble with Roblox, the video game empire built on child labour*, The Guardian, Jan. 9, 2022, *available at* https://www.theguardian.com/games/2022/jan/09/the-trouble-with-roblox-the-video-game-empire-built-on-child-labour.

SUPPORTING ALLEGATIONS RE:
DEFENDANT META'S OCULUS PRODUCT AND
DEFENDANTS ROBLOX AND DISCORD - 4

SOCIAL MEDIA VICTIMS LAW CENTER PLLC
520 PIKE STREET, SUITE 1125
SEATTLE, WA 98101
TELEPHONE: 206.741.4862

19. On information and belief, Roblox knew or should have known of certain defects and/or inherently dangerous features in its Roblox product, which Roblox designed, promoted, operated, and distributed to the mass, public market (targeting children), and which Roblox could have designed, distributed, promoted and operated safely and in a responsible manner with a reasonable investment of time and capital. Roblox chose not to use safer designs and policies and chose not to provide robust, accurate warnings about the dangers its product posed to child users. On information and belief, Roblox made those choices, at least in part, because it believed such changes might curb the explosive growth in use of the product (by number of users, amount of time users spent with the product, and level of engagement with the product) and also might curb revenues generated for Roblox by the Roblox product.

20. At all times relevant, while Roblox was designed for, promoted for and to, and distributed to children, like Kennedy Loftin, Roblox also designed product features that provided adults with unfettered and obviously dangerous access to children, such as the Roblox direct and/or instant messaging ("direct messaging") feature, as well as features that allow children to receive Robux currency from complete strangers. At all times relevant, Roblox failed to take reasonable steps to protect the children it targeted as its main product users and also failed to adequately warn parents and children of the dangers of these product features.

21. In other words, in a product designed for, targeted at, and promoted as safe for children, Roblox created and deployed product features that literally allow adult strangers to talk to and connect with kids and offer them (virtual) money. And Roblox did so in the face of the known risk—and known actual occurrence—of adults using the Roblox product to find and then exploit child users—while those adult users also paid Roblox for Robux.[16]

22. Minor users lack the cognitive ability and life experience to identify online

---

[16] *See, e.g.,* "Roblox: 'I thought he was playing an innocent game,'" BBC, May 30, 2019, *available at* https://www.bbc.com/news/technology-48450604; "*The hidden dangers in Roblox*," KIDAS, May 26, 2021, *available at* https://getkidas.com/the-hidden-dangers-in-roblox/; *The trouble with Roblox, the video game empire built on child labour*, The Guardian, Jan. 9, 2022, *available at* https://www.theguardian.com/games/2022/jan/09/the-trouble-with-roblox-the-video-game-empire-built-on-child-labour (former Roblox moderator discussing grooming and harassment that occurred to her by adults she met on Roblox as a child).

grooming behavior by prurient adults and the psychosocial maturity to decline invitations to exchange salacious material and mass-messaging capabilities. At all times relevant, Roblox allowed direct messaging with and by minors without parental notification

23. At all times relevant, Roblox could have taken reasonable steps (with relatively nominal investment of expense and time) to better protect their child users generally and Kennedy Loftin, including, for example, (a) not allowing use of its direct messaging product between minor users and adult users (including employing robust age verification mechanisms and/or preventing minor users from direct messaging any users without verifiable parental consent), (b) not allowing adult users to initiate messaging with minors or to message with minors at all, unless such contact is approved by the minor user's parent, (c) by warning parents of the direct messaging product feature and of Roblox's failures to create the safe environment it promised, (d) notifying parents every time their minor child engaged in direct messaging with another user (particularly an adult user), and/or by providing a transcript of all direct message to parents, (e) verifying age and identity (as well as parental approval) in order to block access to child users by adult users unknown to them in real life, and (f) requiring identification and contact information, as well as an exchange of emails, between users and minor user parents before any contact is allowed.

24. Direct messaging and "Robux" features are not necessary to operation of the Roblox product, nor to creation of a reasonably safe, "social" platform appropriate for children.

**C.  Additional Allegations Relating to Discord and its Discord Product**

25. Discord is an on-line social media product that was launched in 2015. The product includes a number of features that allow users to set up accounts and communicate with other product users through group and private means, including video calls, text messaging, and exchange of photos and videos.

26. In theory, Discord's terms of use prohibit users under 13. However, Discord does not verify user age or identity. Moreover, Discord has long been on notice that children 13 and

SUPPORTING ALLEGATIONS RE:
DEFENDANT META'S OCULUS PRODUCT AND
DEFENDANTS ROBLOX AND DISCORD - 6

SOCIAL MEDIA VICTIMS LAW CENTER PLLC
520 PIKE STREET, SUITE 1125
SEATTLE, WA 98101
TELEPHONE: 206.741.4862

younger use the product—and that adults preying on children do too.[17] Discord is aware, and it is commonly known and understood that nobody follows that rule and that Discord allows children 13 and younger to use its social media product. Children as young as eight years old currently are using the Discord social media product. *See* Kellen Browning, 5 Ways Young People Are Using Discord, N.Y. Times, Dec. 29, 2021.

27. Discord could enforce its supposed policy of prohibiting children 13 or younger if it wanted to. Among other things, minor users often state their real age in their bio and/or tell other users their real age in group and private chats using one or more Discord product features. Likewise, minor users post photos that often reflect their actual age.

28. Discord's product features also create an unreasonable opportunity for and risk of sexual exploitation of kids. By default, all product users—including users under 18—can receive friend invitations from anyone in the same server, which opens the ability for them to send and receive private messages from strangers.[18]

29. Minor users lack the cognitive ability and life experience to identify online grooming behavior by prurient adults and the psychosocial maturity to decline invitations to exchange salacious material and mass-messaging capabilities. At all times relevant, Discord allowed direct messaging with and by minors without parental notification.

30. Discord has designed and operates its product in such a way that it also allows people to chat using fake names, and the task of enforcing community standards is largely delegated to the organizers of individual Discord "servers."[19] "Server" is the term used to describe a key feature of the Discord product that allow users (including, as described above, underage users) to connect, exchange photo and video files, and user Discord's audio and video communication features.

---

[17] *See, e.g.*, Nellie Bowles and Michael Keller, *Video Games and Online Chats Are 'Hunting Grounds' for Sexual Predators*, N.Y. Times, Dec. 7. 2019, *available at* https://www.nytimes.com/interactive/2019/12/07/us/video-games-child-sex-abuse.html.
[18] Samantha Murphy Kelly, The dark side of Discord for teens, CNN Business, Mar. 22, 2022, https://www.cnn.com/2022/03/22/tech/discord-teens/index.html.
[19] Kellen Browning, How Discord, Born From an Obscure Game, Became a Social Hub for Young People, N.Y. Times, Dec. 29, 2021, available at https://www.nytimes.com/2021/12/29/business/discord-server-social-media.html.

31. The Discord product generates revenue for Discord through subscription fees that gives users access to features like custom emojis for $5 or $10 per month. Discord also began experimenting in December 2021 with a new feature that allow some users to charge for access to their server, up to $100 a month, of which the company takes a 10 percent cut.[20]

32. Discord is well aware that users can and do use Discord in ways that pose risks of harm, abuse and exploitation, including using Discord to initiate and engage in explicit sexual conduct. Discord creates false assurances that users (including minor users) can turn on feature to "keep [them] safe." On information and belief, and at all times relevant, the Discord support page represented its "Safe Direct Messaging" feature as follows:

> <u>Keep me safe</u>: The safest option. This will have Discord scan any image sent in all DMs, regardless of whether you've added the user on your friend list, or the user is DMing you just by sharing a mutual server.
>
> <u>My friends are nice</u>: The medium-est option! This will let Discord know to scan any images sent in DMs from users that aren't on your friends list, but also to trust your previously-added friends and not worry about any images they send.
>
> <u>Do not scan</u>: The self-confident option. Enabling this option will completely disable Discord's image scanning process, and leave you for a walk on the wild side for any and all DMs you receive. Careful, it's a jungle out there![21]

The representations that Discord will "scan" images and provide "Safe Messaging!" reasonably would lead minor users to believe that Discord will scan for and block sexually explicit materials, including materials used to groom and/or blackmail users, and otherwise "keep [the user] safe."

33. As a threshold matter, Discord's direct messaging and "Safe Direct Messaging" product features are inherently defective and/or dangerous for minor users because Discord should not be presenting less-safe product options ("My friends are nice" and "Do not scan") to users under 18 without their parents' knowledge and consent.

34. Moreover, Discord downplays the serious dangers its product presents to minor users by "jokingly" referring to unsolicited sexual overtures, grooming, displays of explicit sexual

---

[20] Kellen Browning, How Discord, Born From an Obscure Game, Became a Social Hub for Young People, N.Y. Times, Dec. 29, 2021, available at https://www.nytimes.com/2021/12/29/business/discord-server-social-media.html.
[21] Discord Safety: Safe Messaging!, https://support.discord.com/hc/en-us/articles/115000068672-Discord-Safety-Safe-Messaging-

SUPPORTING ALLEGATIONS RE:
DEFENDANT META'S OCULUS PRODUCT AND
DEFENDANTS ROBLOX AND DISCORD - **8**

SOCIAL MEDIA VICTIMS LAW CENTER PLLC
520 PIKE STREET, SUITE 1125
SEATTLE, WA 98101
TELEPHONE: 206.741.4862

materials, abuse, exploitation, and blackmail as "the wild side" and "a jungle." Presenting these less-safe options to minors and without verification of parental consent (for minor users) is a product defect and/or inherently dangerous because Discord is attempting to contract with minors without warning to minor parents and in a manner that poses significant risk to a significant number of its minor users.

35. Discord's Safe Direct Messaging product also is defective and/or does not operate as promised and as reasonably understood by Discord's minor users. This product does not operate as promised and as reasonably understood by Discord's minor (and even adult) users and creates a false sense of safety that results in direct harm to a significant number of Discord's minor users.

36. A reasonable person reviewing Discord's description of its "Safe Direct Messaging" feature reasonably would understand that Discord was representing it would keep them "safe" from harmful interactions and predatory users, including by monitoring and saving conversations had via Discord's social media product and as long as the user selects the "Keep me safe" option. Discord's product feature does nothing of the sort, however. On information and belief, at best, Discord scans image files for malware and similar issues. As such, users (especially minor users) are lulled into a false and dangerous sense of security while using the product.

37. Discord's product is defective as its "Safe Direct Messaging" feature does not actually keep minor Discord users safe and is deceptive and misleading and inherently dangerous for minor Discord users because it creates a false sense of security and encourages them to use the Discord product under the false belief that it is safe for children.

38. Discord's product also is defective and unreasonably unsafe for minor users because it has no effective parental controls. Children like Kennedy Loftin are able to and do routinely use Discord despite being 13 or younger and despite having no parental consent to use the product, let alone to be placed at risk of trauma, abuse, and exploitation through use of the product exactly in the manner and for the purpose for which Discord designed the product.

39. Discord's product also is defective for failure to provide any effective warnings to minor users, let alone their parents, of the known risk of harm from the abuse and sexual

SUPPORTING ALLEGATIONS RE:
DEFENDANT META'S OCULUS PRODUCT AND
DEFENDANTS ROBLOX AND DISCORD - 9

SOCIAL MEDIA VICTIMS LAW CENTER PLLC
520 PIKE STREET, SUITE 1125
SEATTLE, WA 98101
TELEPHONE: 206.741.4862

exploitation when children use the product.

D.     **Additional Allegations Relating to Meta's Oculus Product**

40.    In June 2012, Palmer Luckey formed the company Oculus. Mr. Luckey had been interested in virtual reality ("VR") since the age of 15 and began his company with the goal of building a better VR headset than what currently was available to consumers.

41.    In August 2012, Oculus raised $2.5 million on Kickstarter and, in March 2014, Meta acquired Oculus for $2 billion.[22] Since that purchase, Meta has made numerous VR acquisitions and Meta founder and CEO, Mark Zuckerberg, intends for VR to become a central part of "sports and education and health care."[23]

> Zuckerberg is pretty clear that Facebook's VR vision is still coming into focus, even after all these years. He gives me the standard caveats about the company not being where it needs to be, and how he knows the headsets have to get smaller, more comfortable and easier to use. But he also tells me VR is just the opening salvo in Facebook's longer-term ambitions, and that it's the bridge to a future where we'll communicate using augmented reality, which blends computer-generated images with the real world.
>
> He's also clear that Facebook is the company -- the *only* company -- that should be leading the move into a future in which we work, play and interact inside these virtual and augmented worlds. And then he takes a thinly veiled dig at rivals Apple, Google, Microsoft and maybe even Magic Leap.
>
> "It'll probably turn out pretty different if we're helping to shape this versus any of the other companies that might work on it, who I think are more inclined to push a model that's more just around 'here's your app, here's your content, I'm gonna pull it from a store,'" he says. "We want to help shape the next computing platform to be more about interacting with people and not just apps and tasks."

https://www.cnet.com/tech/computing/mark-zuckerberg-sees-the-future-of-ar-inside-vr-like-oculus-quest/.

---

[22] According to industry insiders, Meta's quest for the metaverse began in 2014, with its purchase of Oculus. *See* https://qz.com/2086381/what-facebooks-vr-acquisitions-tell-us-about-metas-future/.

[23] https://www.vox.com/2016/3/24/11587234/two-years-later-facebooks-oculus-acquisition-has-changed-virtual.

42. At all times relevant, Meta advertised and sold its Oculus product as a gaming headset, while failing to reasonably disclose that it also could be used to access social media. In fact, Meta designed and programmed the Oculus such that a user had to connect to Meta's Facebook product to use the headset in any meaningful way. Meta did not change this Facebook account requirement until August of 2022, at which time, it began allowing users to create more general Meta accounts instead.[24]

43. At all times relevant, users of the Oculus headset could use that product to access Meta and the other Defendants' social media products, a fact Meta did not call attention to or reasonably disclose in its product advertising or packaging.

44. Linking use of the Oculus to Meta's social media products and providing minor users with the ability to access social media platforms via the Oculus headset served no countervailing benefit to consumers and was not necessary to operation of the virtual reality games Meta advertised and offered via the Oculus headset.

DATED this 11th day of July, 2023.

SOCIAL MEDIA VICTIMS LAW CENTER PLLC

By: /s/ Laura Marquez-Garrett
　　Laura Marquez-Garrett (SBN 221542)

Laura Marquez-Garrett
Laura@socialmediavictims.org
Matthew P. Bergman
matt@socialmediavictims.org
Glenn S. Draper
glenn@socialmediavictims.org
Sydney Lottes
sydney@socialmediavicrims.org
SOCIAL MEDIA VICTIMS LAW CENTER
520 Pike Street, Suite 1125
Seattle, WA 98101
Telephone: (206) 741-4862
Facsimile: (206) 957-9549

---

[24] https://mixed-news.com/en/meta-quest-2-set-up-a-meta-account-how-to-do-it/.

Christopher A. Seeger
cseeger@seegerweiss.com
Christopher Ayers
cayers@seegerweiss.com
SEEGER WEISS LLP
55 Challenger Road
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656

Robert H. Klonoff
klonoff@usa.net
ROBERT KLONOFF, LLC
2425 S.W. 76th Ave.
Portland, Oregon 97225
Telephone: (503) 702-0218
Facsimile: (503) 768-6671

Attorneys for Plaintiffs